## IN RE JOHNSON R. ET AL.

The petition by the respondent father for certification for appeal from the Appellate Court, 121 Conn. App. 464 (AC 31028), is granted, limited to the following issues:

"1. Did the Appellate Court properly determine that the record was inadequate to review the issue of whether the due process rights of an incompetent father were adequately protected in the termination of parental rights proceeding?

"2. If the record is adequate for review, did the trial court sufficiently ensure that such rights were protected in the termination proceeding?"

The Supreme Court docket number is SC 18638.

*David J. Reich*, in support of the petition.

*John E. Tucker*, assistant attorney general, in opposition.

Decided July 8, 2010

## STATE OF CONNECTICUT *v.* BRANDEN HOLLOWAY

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 798 (AC 29051), is denied.

*Mark Rademacher*, assistant public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided July 14, 2010